No. 8, Original. ARIZONA v. CALIFORNIA ET AL. The petition of the Special Master for the payment of an additional fee is granted, and, all of the parties agreeing thereto, the parties are ordered to make additional payments totaling $50,000 to *Simon H. Rifkind, Esquire,* Special Master, constituting the balance of full payment of. his compensation for his services as Special Master.

Such additional payments are to be made in the following proportions: Arizona, 28%; California, 28%; United States, 28%; Nevada, 12%; New Mexico, 2%; and Utah, 2%. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. [For opinion and decree in this case, see 373 U. S. 546, 376 U. S. 340.]

No. 849. INLAND EMPIRE BUILDERS, INC., ET AL. v. WASHINGTON ET AL.;

No. 850. HEBB & NARODICK CONSTRUCTION CO., INC., ET AL. v. WASHINGTON ET AL.; and

No. 851. MURRAY ET AL. v. WASHINGTON ET AL. On appeals from the Supreme Court of Washington. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 1239, Misc. KING v. NASH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

Nos. 735 and 934. Cox v. LOUISIANA. Appeals from the Supreme Court of Louisiana. Probable jurisdiction noted. *Carl Rachlin, Robert Collins, Nils Douglas* and *Floyd McKissick* for appellant. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for appellee.